```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**VALHALLA HOUSING III, LLC, a West**
**Virginia limited liability company,**

    **Plaintiff,**

v.                                              CIVIL ACTION NO. 1:20cv223
                                                                                                       (KLEEH)

**GUILFORD REALTY, LLC, a Delaware limited**
**liability company, GUILFORD TAX CREDIT**
**FUND 27, LP, a Delaware limited partnership,**
**HUNT ELP, LTD., a Texas limited partnership,**
**1998 FUND XVIII SERIES, LTD., an Alabama**
**limited partnership, 1997 FUND XV SERIES A, LTD.,**
**an Alabama limited partnership, GUILFORD**
**CORPORATE TAX CREDIT FUND XIX, LTD.,**

    **Defendants.**

<u>**ORDER**</u>

    For reasons appearing to the Court, the *Joint Motion to Stay Discovery and Pretrial Deadlines* [Dkt. No. 17] is **GRANTED until further order of the Court.**

    It is so **ORDERED**.

    The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED:** September 30, 2021

                                                    /s/ Thomas S. Kleeh
                                                    THOMAS S. KLEEH
                                                    UNITED STATES DISTRICT JUDGE